## LAIRD v. BANNON.

No. 2483.   Opinion Filed March 12, 1912.

(122 Pac. 180.)

**APPEAL AND ERROR**—Record—Review of Motions.  Motions presented in the trial court, including a motion for a new trial and the ruling thereon and exceptions taken, are not a part of the record proper, and can be preserved and presented for review on appeal only by incorporating the same into a bill of exceptions or case-made.

(Syllabus by the Court.)

*Error from Superior Court, Oklahoma County;*
*A. N. Munden, Judge.*

American Trust Co. et al. v. Ford et al.

Action between Samuel B. Laird and L. Bannon. From the judgment, Laird brings error. Dismissed.

*Jas. R. Lewis,* for plaintiff in error.

*Thorp & Thorp,* for defendant in error.

DUNN, J. This case presents error from the superior court of Oklahoma county. The proceeding is not instituted by either case-made or bill of exceptions, but is here upon a transcript of the record. The only assignment of error contained in the petition in error is that the court erred in overruling the motion of plaintiff in error for a new trial. A motion to dismiss has been filed by counsel for defendant in error for the reason that the record before us presents no error subject to review. This motion must be sustained. That motions are no part of the record proper and are not brought to this court on a transcript thereof, see *McMechan v. Christy,* 3 Okla. 301, 41 Pac. 382, *Tribal Development Co. et al. v. White Bros. et al.,* 28 Okla. 525, 114 Pac. 736, and cases therein cited.

The cause is, accordingly, dismissed.

TURNER, C. J., and HAYES and KANE, JJ., concur; WILLIAMS, J., absent, and not participating.